**Entered on Docket**
**April 22, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
10-70804

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-29728-lbr |
|---|---|
| Jerry Thomas Hopkins | Date:  4/12/2010<br>Time: 10:30 am |
| Debtor. | Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., its assignees and/or successors in interest, of the subject property, generally described as 8985 S Durango Dr 2041, Las Vegas, NV 89113, and legally described as follows:

PARCEL I (Common Area):
One (1) allocated interest as tenants-in-common in and to the Common Area of each Phase of Final Map of SUNSET CLIFFS - UNIT 1 (a Condominium Community), as shown by map thereof on file in Book 123 of Plats, Page 78, recorded April13, 2005 in Book 20050413 as Document No. 03704 in the Office of the County Recorder, Clark County, Nevada. Said allocated interest to be a fraction, the numerator of which shall be one (1), and the denominator which shall be the number of Units in the Community which shall become subject to the Declaration of Restrictions recorded June 10,2005 in Book 20050610 as Document No. 04791, Official Records and any subsequent amendments and/or supplements thereto.

Excepting therefrom all units and buildings located within the above referenced plat.

Reserving therefrom the right to possession of all those areas delineated as "Limited Common Elements" upon Final Map of Sunset Cliffs - Unit I (A Condominium Community) as defined in the Declaration.

Further reserving therefrom for the benefit of the Owners of all units within Final Map of Sunset Cliffs - Unit I (A Condominium Community), (except the unit referred to in Parcel II, herein) non-exclusive easements of access, ingress, egress, and recreational use of, in, to and over the Common Elements, as provided for in and subject to the Declaration.

PARCEL II (Living Unit):
Unit No. Two Thousand Forty-One (2041) in Building Eleven (11), as shown upon the above referenced Plat.

PARCEL III (Limited Common Elements):
The exclusive right of use, possession, and occupancy of those portions The Project designated as those "Limited Common Elements" (including, but not limited to deck(s), and parking space(s) as defined in and subject to the Declaration), which are appurtenant to Parcels I and II described above.

PARCEL IV (Appurtenant Easements):
A non-exclusive easement of access, ingress, egress and recreational use of, in, to and over those portions of Final Map of Sunset Cliffs - Unit I (A Condominium Community) Delineated as "Private Streets" and "Common Elements Common Areas", as defined in and subject to the Declaration, which easement is appurtenant to Parcels I and II.

PARCEL V (Garage Unit):
The exclusive right of use, possession and occupancy of that portion of Final Map of Sunset Cliffs - Unit 1 (A Condominium Community), as Garage Unit ll-D; said Garage Unit to be a Limited Common Element appurtenant to the Unit described in Parcel II herein, as provided for in and subject to the Declaration.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

Submitted by:

**WILDE & ASSOCIATES**

By:_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Boris A. Avramski
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Yvette Weinstein
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or  \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or  \_x\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or  \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or  \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor